# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 07-1607

_____

Sheryl Louden,

        Appellant,

    v.

UNUM Life Insurance Company of
America,

        Appellee.

\*
\*
\*
\*
\*   Appeal from the United States
\*   District Court for the
\*   District of Minnesota.
\*
\*   [UNPUBLISHED]
\*
\*

_____

Submitted:  June 6, 2008
Filed:  July 7, 2008

_____

Before BYE, SMITH, and BENTON, Circuit Judges.

_____

PER CURIAM.

     Sheryl Louden appeals the district court's[1] adverse grant of summary judgment in her Employment Retirement Income Security Act (ERISA) lawsuit against UNUM Life Insurance Company of America (UNUM) arising from the termination of long term disability benefits.  Her sole argument on appeal is that the district court erred in applying a deferential abuse-of-discretion standard of review.  We find nothing improper in the way the district court conducted its review.  See Metro. Life Ins. Co.

_____

[1]The Honorable Patrick J. Schiltz, United States District Judge for the District of Minnesota.

v. Glenn, No. 06-923, 2008 WL 2444796 (U.S. June 19, 2008) (clarifying judicial standard of review where entity is both insurer and administrator of ERISA benefits plan, and plan gives discretionary authority to administrator to determine eligibility for benefits); Torres v. UNUM Life Ins. Co. of Am., 405 F.3d 670, 677 (8th Cir. 2005) (reviewing de novo district court's determination as to proper judicial standard of review). Accordingly, we affirm. See 8th Cir. R. 47B.

_____